

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE HOLDERS OF IMPAC SECURED ASSETS CORP., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-4, | § § § § | No. 08-12-00211-CV Appeal from the |
| Appellant, | § | County Court at Law No. 1 |
| v. | § | of Dallas County, Texas |
| JOANN EZELL AND ALL OCCUPANTS OF 2400 SADDLEWOOD CT., CEDAR HILL, TEXAS 75104, | § § | (TC# CC-12-00212-A) |
| Appellees. | § | |

# J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment of the court below and render judgment that Wells Fargo is entitled to possession of 2400 Saddlewood Court, Cedar Hill, Texas 75104.

We further order that Appellant recover from Appellees all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 25TH DAY OF SEPTEMBER, 2013.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.